COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: ROSA SERRANO,<br><br>RELATOR. | § <br><br>§ <br><br>§ <br><br>§ | No. 08-11-00294-CV<br><br>ORIGINAL PROCEEDING<br>ON PETITION FOR WRIT OF<br>MANDAMUS |

## **MEMORANDUM  OPINION**

Relator, Rosa Serrano, *pro se*, is requesting that this Court issue a writ of mandamus against the Honorable Barbara Perez, Judge, of the Justice of the Peace Court Number Five of El Paso County.  Because this Court's mandamus authority does not include the Respondent in this case, the petition is Denied.  *See* TEX.GOV'T CODE ANN. § 22.221(b)(West 2004).


January 18, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.